### 3213.  CARLSBAD MANUFACTURING CO. *v.* FLETCHER.

RUSSELL, J.  There being conflict as to the very vitals of the case, the plaintiff having proved his case as laid, and the evidence in behalf of the defendant being squarely in conflict therewith, it was error to direct a verdict.          *Judgment reversed.*

DECIDED JANUARY 15, 1912.

Complaint; from city court of Ocilla—Judge Oxford.  January 4, 1911.

*R. M. Bryson, Philip Newbern,* for plaintiff.
*H. J. Quincey, Walter M. Rogers,* for defendant.